UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:   02/15/2024
```

| CHLOE BIRCH, | |
|---|---|
| | Plaintiff, |
| -against- | |
| SCOTT JEFFRIES and S&D TRUCKING, INC., | |
| | Defendants. |

23-CV-10311 (MMG)

**NOTICE OF
REASSIGNMENT**

MARGARET M. GARNETT, United States District Judge:

This case has been reassigned to the undersigned.  Unless and until the Court orders otherwise, all prior orders, dates, and deadlines shall remain in effect notwithstanding the case's reassignment, except the expert discovery deadline contained in the January 26, 2024 so-ordered Case Management Plan (Dkt. No. 15) is adjourned, and the next pretrial conference is adjourned to **September 3, 2024 at 9:30 a.m.**  All counsel must familiarize themselves with the Court's Individual Rules & Practices ("Individual Rules"), which are available at https://nysd.uscourts.gov/hon-margaret-m-garnett, and in particular Rule II(B)(9) governing Judge Garnett's practices pertaining to the period immediately following the close of fact discovery.

If this case has been settled or otherwise terminated, counsel are not required to submit letters or to appear, provided that a stipulation of discontinuance, voluntary dismissal, or other proof of termination is filed on the docket prior to the deadline, using the appropriate ECF Filing Event.  *See* SDNY ECF Rules & Instructions §§ 13.17-13.19 & App'x A, *available at* https://nysd.uscourts.gov/electronic-case-filing.

In accordance with Rule I(B)(5) of the Court's Individual Rules, requests for extensions or adjournments may be made only by letter-motion filed on ECF.

Dated: February 15, 2024
        New York, New York

SO ORDERED.

_____
MARGARET M. GARNETT
United States District Judge